UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

|  |  |
|---|---|
| ANNE W. KARANJA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 8:14-cv-573-DKC |
| BKB DATA SYSTEMS, LLC d/b/a Edaptive Systems, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Anne Karanja and defendant Edaptive Systems, LLC, by counsel, jointly advise the court that the parties have settled this case and further stipulate pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(ii) that the case be dismissed, with prejudice, each party to bear its own costs and attorney's fees.

September 8, 2015                                        Respectfully submitted,

/s/
Lawrence S. Lapidus, Esq.
Bar #02922
THE LAPIDUS LAW FIRM, PLLC
Suite 350
1990 M Street, N.W.
Washington, D.C. 20036
Phone: 202-785-1511
Fax: 703-637-7104
llapidus@lapiduslawfirm.com
*Co-Counsel for Plaintiff Anne Karanja*

-2-

/s/
James L. Kestell, Esq.
(signed by Lawrence S. Lapidus with permission of James L. Kestell)
*Admitted Pro Hac Vice*
KESTELL & ASSOCIATES
254 N. Washington St.
Falls Church, VA 22046
Phone:  703-237-2912
Fax:  703-237-4321
jimkestell@gmail.com
*Co-Counsel for Plaintiff Anne Karanja*

/s/
Mark E. Baker, Esq.
(signed by Lawrence S. Lapidus with permission of Ellen R. Lokker)
BAKER LAW PLC
Suite 201
11876 Sunrise Valley Drive
Reston, VA 20191
Phone:  703-717-5497
Fax:  703-373-2949
mbaker@blplc.com
*Co-Counsel for Defendant Edaptive Systems*

/s/
Ellen R. Lokker, Esq.
Bar #09844
(signed by Lawrence S. Lapidus with permission of Ellen R. Lokker)
LOKKER LAW PLC
Suite 201
11876 Sunrise Valley Drive
Reston, VA 20191
Phone:  703-860-4567
Fax:  703-637-7104
ellen@lokkerlaw.com
*Co-Counsel for Defendant Edaptive Systems*